IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DON COOK**                                                                  **PLAINTIFF**
**ADC #135485**

v.                  **CASE NO. 5:15CV00068 BSM**

**ESTELLA BLAND, et al.**                               **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Jerry W. Cavaneau has been received. No objection have been filed, but plaintiff has moved for leave to proceed *in forma pauperis* [Doc. No. 6]. After careful consideration, it is concluded that the recommended disposition should be, and hereby is, rejected.

Dismissal of plaintiff's complaint is recommended because he failed to comply with an April 13, 2015, order directing him to either pay the full $400 statutory filing fee or file an application for leave to proceed *in forma pauperis*. *See* Doc. No. 3. Since plaintiff has now filed a motion for leave to proceed *in forma pauperis* [Doc. No. 6], he has complied—albeit late—with the April 13, 2015, order. This matter is therefore remanded to Judge Caveneau for further consideration.

IT IS SO ORDERED this 28th day of August 2015.

                                                                              UNITED STATES DISTRICT JUDGE