# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DON COOK,**                                                            **PLAINTIFF**
**ADC #135485**

**v.**              **CASE NO: 5:15CV00068 BSM**

**ESTELLA BLAND, et al.**                                      **DEFENDANTS**

## **ORDER**

The partial recommended disposition submitted by United States Magistrate Judge Jerry W. Cavaneau has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Don Cook's motion to dismiss his claims against defendant William Warren [Doc. No. 42] is granted, and Cook's claims against Warren are dismissed without prejudice.

2. Warren's motion to dismiss [Doc. No. 36] is denied as moot.

IT IS SO ORDERED this 21st day of January 2016.

_____
UNITED STATES DISTRICT JUDGE