# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DON COOK,**     **PLAINTIFF**
**ADC #135485**

**v.**     **CASE NO: 5:15CV00068 BSM**

**ESTELLA BLAND**     **DEFENDANT**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Jerry W. Cavaneau has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, plaintiff Don Cook's motions for preliminary injunction [Doc. Nos. 16, 25] and motion to add evidence [Doc. No. 41] are denied.

IT IS SO ORDERED this 28th day of January 2016.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE